DORIS PIM, Appellant, v SISTERS OF CHARITY HOSPITAL, ST. JOSEPH'S CAMPUS, Respondent. [994 NYS2d 882]—Appeal from

an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), dated November 26, 2013. The order, insofar as appealed from, granted the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Carni, Lindley and Valentino, JJ.